United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | § § § | |
| Plaintiff. | § § | 3:26-cv-27 |
| V. | § § | |
| LONE STAR LAND WORKS, LLC, *et al.*, | § § § | |
| Defendants. | § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On June 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 31. Judge Edison filed a memorandum opinion, order, and recommendation on June 8, 2026, recommending that the plaintiff Wells Fargo's motion to dismiss the defendants' counterclaim, Dkt. 18, be denied as moot, that Wells Fargo's motion to dismiss the defendants' amended counterclaim, Dkt. 27, be granted, and that Wells Fargo's renewed application for writ of sequestration, Dkt. 29, be denied. Dkt. 32.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)    Judge Edison's memorandum and recommendation, Dkt. 32, is approved and adopted in its entirety as the holding of the court; and

(2)    Wells Fargo's motion to dismiss the defendants' counterclaim, Dkt. 18, is denied as moot; and

(3)    Wells Fargo's motion to dismiss the defendants' amended counterclaim, Dkt. 27, is granted; and

(4)    Wells Fargo's renewed application for writ of sequestration, Dkt. 29, is denied.

SIGNED on Galveston Island this 23rd day of June 2026.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2