United States District Court
Southern District of Texas

**ENTERED**

November 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | NO. 3:26-cv-00027 |
| | § | |
| LONE STAR LAND WORKS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On June 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 31. Judge Edison filed a memorandum and recommendation on October 15, 2026, recommending that the plaintiff's motion for summary judgment (Dkt. 34) be granted. Dkt. 39.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record.

Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 39) is approved and adopted in its entirety as the holding of the court;

(2) Plaintiff's motion for summary judgment (Dkt. 34) is granted; and

(3) A final judgment will be entered separately.

SIGNED on Galveston Island this 6th day of November, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE